# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| SAMUEL THOMAS ALBANESE, Plaintiff, v. THE CITY OF ANAHEIM et al., Defendants. | Case No. SA CV 18-01314-RGK (DFM) Order Accepting Report and Recommendation of United States Magistrate Judge |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the assigned United States Magistrate Judge. Plaintiff has filed Objections, and the Court has engaged in a de novo review of those portions of the Report and Recommendation to which Plaintiff has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

///
///
///
///
///
///

IT IS THEREFORE ORDERED that Defendant Beck's Motion for Summary Judgment (Dkt. 28) is granted. IT IS FURTHER ORDERED that Judgment shall be entered dismissing the action with prejudice.

Date: October 22, 2020

R. GARY KLAUSNER
United States District Judge