# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| SAMUEL THOMAS ALBANESE, <br><br> Plaintiff, <br><br> v. <br><br> THE CITY OF ANAHEIM et al., <br><br> Defendants. | Case No. SA CV 18-01314-RGK (DFM) <br><br> JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

Date: October 22, 2020

R. GARY KLAUSNER
United States District Judge